## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MARY KAY BOHAN,**       )<br>                              )<br>           **Plaintiff**       )<br>                              )<br>     **v.**                  )<br>                              )<br>**ALLIED INTERSTATE,**   )<br>                              )<br>           **Defendant**   )<br>                              ) | **Case No.: 1:17-cv-01092-VAC** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice with each side to bear its own costs and fees.

Dated: September 26, 2017     BY: */s/ W. Christopher Componovo*
                              W. Christopher Componovo, Esquire
                              Kimmel & Silverman, P.C.
                              501 Silverside Road, Suite 118
                              Wilmington, DE 19809
                              Email: wcomponovo@lemonlaw.com
                              Phone: (215) 540-8888 ext. 167
                              Facsimile: (877) 788-2864
                              Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 26th day of September, 2017, a true and correct copy of the foregoing pleading served via mail to the below:

**Allied Interstate**
**200 Central Avenue**
**7th Floor**
**St. Petersburg FL 33701**

> */s/ W. Christopher Componovo*
> W. Christopher Componovo, Esquire
> Kimmel & Silverman, P.C.
> 501 Silverside Road, Suite 118
> Wilmington, DE 19809
> Email: wcomponovo@lemonlaw.com
> Phone: (215) 540-8888 ext. 167
> Facsimile: (877) 788-2864
> Attorney for Plaintiff